**Order entered October 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01055-CV

**FAY SERVICING, L.L.C. AND CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF ARLP TRUST 3, Appellant**

**V.**

**TIMMY LATTIE SAVAGE II AND SARAH ELIZABETH SAVAGE, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02619-2016**

## ORDER

We **REINSTATE** this appeal. On October 18, 2018 appellants filed a motion to dismiss which the Court will address in due course.

/s/ DAVID EVANS
   JUSTICE